UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA

CASE NO. 15-cr-20885-GAYLES(s)
18 U.S.C. § 286
18 U.S.C. § 1029(a)(3)
18 U.S.C. § 1028A(a)(1)
18 U.S.C. § 981(a)(1)(C)
18 U.S.C. § 982(a)(2)(B)
18 U.S.C. § 1029(c)(1)(C)



FILED BY ___TB___
Apr 22, 2016
STEVEN M. LARIMORE
CLERK U.S. DISTRICT CT.
S.D. OF FLA. MIAMI FLORIDA

UNITED STATES OF AMERICA

vs.

WOLF OBIN,
STANLEY MOSCOVA,
and ROSNY MULLER,

        **Defendants.**
_____/

## SUPERSEDING INDICTMENT

The Grand Jury charges that:

### GENERAL ALLEGATIONS

At all material times relevant to this Superseding Indictment:

1. Defendants **WOLF OBIN, STANLEY MOSCOVA,** and **ROSNY MULLER** were residents of Miami-Dade, Florida, who resided at 2955 N.E. 190th Street, Apartment #302, in Aventura, Florida ("Defendants' Residence").

2. The Internal Revenue Service ("IRS") was an agency of the United States Department of Treasury responsible for collecting taxes owed to the United States and enforcing and administering the tax laws of the United States.

3. The IRS allowed United States taxpayers to file their tax returns electronically ("e-file") by filing online directly or through a tax preparation business.

4. The IRS permitted tax preparers to obtain an Electronic Filing Identification Number ("EFIN") so that they could submit tax returns in the names of other individuals. A tax return preparer that had an EFIN was required to comply with the rules and requirements of the IRS's e-file program.

5. An Internet Protocol ("IP") address was a unique series of numbers used to identify computers over the Internet. The IRS was able to track filed federal tax returns by the unique IP address associated with the tax filing.

## COUNT 1
**Conspiracy to Defraud the Government with Respect to Claims**
**(18 U.S.C. § 286)**

1. Paragraphs 1 through 5 of the General Allegations section of this Superseding Indictment are re-alleged and incorporated by reference as though fully set forth herein.

2. From in or around October 2011, through on or about May 10, 2013, in Miami-Dade County, in the Southern District of Florida, and elsewhere, the defendants,

**WOLF OBIN,**
**STANLEY MOSCOVA,**
**and ROSNY MULLER,**

did knowingly and willfully combine, conspire, confederate and agree with each other, and others known and unknown to the Grand Jury, to defraud the United States, and any department and agency thereof, that is, the Internal Revenue Service, by obtaining and aiding to obtain the payment and allowance of false, fictitious and fraudulent claims, in violation of Title 18, United States Code, Section 286.

## THE PURPOSE OF THE CONSPIRACY

3. It was the purpose of the conspiracy for the defendants and their co-conspirators to unjustly enrich themselves by conspiring to obtain EFINs in the name of other individuals, and using those EFINs, as well as their own EFINs, to file false and fraudulent federal income tax returns with the IRS seeking refunds using stolen personally identifiable information of other individuals without their knowledge and authority.

## MANNER AND MEANS OF THE CONSPIRACY

The manner and means by which the defendants and their co-conspirators sought to accomplish the object and purpose of the conspiracy included, among others, the following:

4. **WOLF OBIN, STANLEY MOSCOVA, ROSNY MULLER** and their co-conspirators obtained stolen personal identifying information that was issued to other individuals.

5. **WOLF OBIN, STANLEY MOSCOVA, ROSNY MULLER** and their co-conspirators recruited other individuals to obtain EFINs in order to conceal their own identities when filing false and fraudulent federal tax returns.

6. **WOLF OBIN, STANLEY MOSCOVA,** and **ROSNY MULLER** and their co-conspirators obtained pre-paid debit cards and activated the pre-paid debit cards using the stolen personal identifying information of other individuals without their knowledge and authority.

7. In or around October 2011, the IRS received an application from an individual requesting the issuance of an EFIN in the name of a person with the initials "M.G." at an address located at 1111 Ocean Avenue, Apartment 490, Brooklyn, New York. On or about January 11, 2012, the IRS assigned EFIN 123101 to an individual with the initials M.G.

3

8. In or around October 2011, IRS received an application from an individual requesting the issuance of an EFIN in the name of a person with the initials "T.M." at an address located at 196-15 116th Avenue, Albans, New York. On or about November 10, 2011, the IRS assigned EFIN 123103 to an individual with the initials T.M.

9. In or around April 2012, the IRS received an application from an individual requesting the issuance of an EFIN in the name of a person with the initials "P.R." at an address located at 1040 E New York, Apartment 6D, Brooklyn, New York. On or about May 2, 2012, the IRS assigned EFIN 124780 to an individual with the initials P.R.

10. In or around November 2012, the IRS received an application from an individual requesting the issuance of an EFIN in the name of a person with the initials "M.P.M." at an address located at 1055 NE 126th Street, Apartment 401, Miami, Florida. On or about December 5, 2012, the IRS assigned EFIN 609162 to an individual with the initials M.P.M.

11. In or around November 2012, the IRS received an application from an individual requesting the issuance of an EFIN in the name of a person with the initials "L.C." at an address located at 14843 SW 173rd Terrace, Miami, Florida. On or about December 22, 2012, the IRS assigned EFIN 609407 to an individual with the initials L.C.

12. In or around December 2012, the IRS received an application from an individual requesting the issuance of an EFIN in the name of a person with the initials "V.V." at an address located at 152 East 35th Street, Apartment 2, Brooklyn, New York. On or about December 20, 2012, the IRS assigned EFIN 125314 to an individual with the initials V.V.

13. In or around December 2012, the IRS received an application from an individual requesting the issuance of an EFIN in the name of a person with the initials "D.P." at an address

located at 152 East 35th Street, Apartment 2, Brooklyn, New York. On or about December 20, 2012, the IRS assigned EFIN 125317 to an individual with the initials D.P.

14. In or around December 2012, the IRS received an application from an individual requesting the issuance of an EFIN in the name of a person with the initials "B.C." at an address located at 12155 NE 6th Avenue, Miami, Florida. On or about December 28, 2012, the IRS assigned EFIN 609424 to an individual with the initials B.C.

15. In or around November 2012, the IRS received an application from **ROSNY MULLER** requesting the issuance of an EFIN in his name at an address located at 4720 SW 42nd Terrace, Fort Lauderdale, Florida. On or about December 10, 2012, the IRS assigned EFIN 609266 to **MULLER**.

16. **WOLF OBIN, STANLEY MOSCOVA,** and **ROSNY MULLER** and their co-conspirators filed, and caused to be filed, false and fraudulent federal income tax returns from IP address 98.203.90.101, which IP address was registered to the Defendants' Residence, using EFINs 123101, 124780, 125314, 125317, 609162, 609407, and 609424. In total, the defendants claimed approximately $2,350,000 in false and fraudulent federal tax refunds using these EFINs and from IP address 98.203.90.101.

17. **ROSNY MULLER** and his co-conspirators filed, and caused to be filed, false and fraudulent federal income tax returns from IP address 174.224.133.50 using EFIN 609266. In total, the defendants claimed approximately $21,500 in false and fraudulent federal tax refunds using EFIN 609266.

18. **WOLF OBIN, STANLEY MOSCOVA,** and **ROSNY MULLER** and their co-conspirators directed the IRS to deposit the illicit tax refunds associated with their false and fraudulently filed tax returns onto pre-paid debit cards controlled by them.

19. On or about May 10, 2013, **WOLF OBIN, STANLEY MOSCOVA,** and **ROSNY MULLER** maintained possession of the social security numbers issued to "G.P.," "R.B.," "C.S.," "V.P.," "D.G.," and "R.A.," without their knowledge or authorization.

20. On or about May 10, 2013, **WOLF OBIN, STANLEY MOSCOVA,** and **ROSNY MULLER** maintained in their possession, at the Defendants' Residence, single sheet lists of personal identifying information, that is, social security numbers of approximately 1600 individuals without their knowledge or authorization.

21. **WOLF OBIN, STANLEY MOSCOVA,** and **ROSNY MULLER** and their co-conspirators filed, and caused to be filed, over 1,000 false and fraudulent federal tax returns during 2013, using the names and social security numbers which were found in their possession on or about May 10, 2013. Through their tax filings, the defendants claimed approximately $2,900,000 in federal tax refunds.

All in violation of Title 18, United States Code, Section 286.

### COUNT 2
**Possession of 15 or More Counterfeit and Unauthorized Access Devices**
**(18 U.S.C. § 1029(a)(3))**

From in or around May 10, 2013, in Miami-Dade County, in the Southern District of Florida, the defendants,

**WOLF OBIN,**
**STANLEY MOSCOVA,**
**and ROSNY MULLER,**

6

did knowingly, and with intent to defraud, possess fifteen (15) or more unauthorized access devices, that is, social security numbers issued to other persons, said conduct affecting interstate and foreign commerce, in violation of Title 18, United States Code, Sections 1029(a)(3) and 2.

### COUNTS 3-8
### Aggravated Identity Theft
### (18 U.S.C. § 1028A(a)(1))

On or about the dates specified as to each count below, in Miami-Dade County, in the Southern District of Florida, and elsewhere, the defendants,

**WOLF OBIN,**
**STANLEY MOSCOVA,**
**and ROSNY MULLER,**

as specified in each count below, during and in relation to a felony violation of Title 18, United States Code, Section 1029(a)(3), that is, knowingly, and with intent to defraud, possessing fifteen (15) or more counterfeit and unauthorized access devices, that is, social security numbers issued to other persons, said conduct affecting interstate foreign commerce, as charged in Count 2, did knowingly transfer, possess, and use, without lawful authority, the means of identification of another person:

| Count | Defendants | Approx. Date | Means of Identification |
|---|---|---|---|
| 3 | WOLF OBIN | February 2, 2013 | Name, date of birth, and social security number of "M.W." |
| 4 | WOLF OBIN | April 15, 2013 | Name, date of birth, and social security number of "H.D." |
| 5 | WOLF OBIN | ~~[struck through]~~ April 15, 2013 | Name, date of birth, and social security number of "P.R." |
| 6 | STANLEY MOSCOVA and ROSNY MULLER | February 16, 2013 | Name, date of birth, and social security number of "V.P." |



| 7 | STANLEY MOSCOVA and ROSNY MULLER | February 16, 2013 | Name, date of birth, and social security number of "D.G." |
|---|---|---|---|
| 8 | STANLEY MOSCOVA and ROSNY MULLER | February 16, 2013 | Name, date of birth, and social security number of "R.A." |

In violation of Title 18, United States Code, Sections 1028A(a)(1) and 2.

## FORFEITURE ALLEGATIONS

1.  The allegations of this Superseding Indictment are re-alleged and by this reference fully incorporated herein for the purpose of alleging forfeiture to the United States of America of certain property in which the defendants have an interest.

2.  Upon conviction of a violation of Title 18, United States Code, Section 1029, the defendants shall forfeit to the United States a) any property constituting or derived from any proceeds obtained, directly or indirectly, as the result of such violation, pursuant to Title 18, United States Code, Section 982(a)(2)(B); and b) any personal property used or intended to be used to commit such violation, pursuant to Title 18, United States Code, Section 1029(c)(1)(C).

All pursuant to Title 18, United States Code, Sections 982(a)(2)(B), 981(a)(1)(C), and 1029(c)(1)(C), and the procedures set forth at Title 21, United States Code, Section 853, as incorporated by Title 18, United States Code, Sections 982(b) and 1029(c)(2).

A TRUE BILL

_____
FOREPERSON

_____
WIFREDO A. FERRER
UNITED STATES ATTORNEY

_____
MATTHEW J. LANGLEY
ASSISTANT UNITED STATES ATTORNEY

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA

UNITED STATES OF AMERICA

vs.

**WOLF OBIN,
STANLEY MOSCOVA,
and ROSNY MULLER,**

**Defendants.**
_____ /

CASE NO.   15-cr-20885-GAYLES(s)

**CERTIFICATE OF TRIAL ATTORNEY***

**Superseding Case Information:**

| | | |
|---|---|---|
| New Defendant(s) | Yes ____ | No __X__ |
| Number of New Defendants | | 0 |
| Total number of counts | | 8 |

**Court Division**: (Select One)

| | | | | |
|---|---|---|---|---|
| _x_ | Miami | ___ | Key West | |
| ___ | FTL | ___ | WPB | ___ FTP |

I do hereby certify that:

1. I have carefully considered the allegations of the indictment, the number of defendants, the number of probable witnesses and the legal complexities of the Indictment/Information attached hereto.

2. I am aware that the information supplied on this statement will be relied upon by the Judges of this Court in setting their calendars and scheduling criminal trials under the mandate of the Speedy Trial Act, Title 28 U.S.C. Section 3161.

3. Interpreter:    (Yes or No)    __No__
   List language and/or dialect    _____

4. This case will take    _5_    days for the parties to try.

5. Please check appropriate category and type of offense listed below:

   (Check only one)                                   (Check only one)

   | | | | | |
   |---|---|---|---|---|
   | I | 0 to 5 days | _X_ | Petty | ___ |
   | II | 6 to 10 days | ___ | Minor | ___ |
   | III | 11 to 20 days | ___ | Misdem. | ___ |
   | IV | 21 to 60 days | ___ | Felony | _X_ |
   | V | 61 days and over | ___ | | |

6. Has this case been previously filed in this District Court?   (Yes or No)   __Yes__
   If yes:
   Judge:  Judge Gayles                                Case No.  15-cr-20885-GAYLES
   (Attach copy of dispositive order)
   Has a complaint been filed in this matter?          (Yes or No)   __No__
   If yes:
   Magistrate Case No.                                 _____
   Related Miscellaneous numbers:                      _____
   Defendant(s) in federal custody as of               _____
   Defendant(s) in state custody as of                 _____
   Rule 20 from the District of
   Is this a potential death penalty case? (Yes or No)        __No__

7. Does this case originate from a matter pending in the Northern Region of the U.S. Attorney's Office prior to   October 14, 2003?      Yes ____     No _X_

8. Does this case originate from a matter pending in the Central Region of the U.S. Attorney's Office prior to September 1, 2007?       Yes ____     No _X_

/s/ Matthew J. Langley
_____
MATTHEW J. LANGLEY
ASSISTANT UNITED STATES ATTORNEY
FLORIDA BAR NO. 97331

*Penalty Sheet(s) attached                                                REV 4/8/08

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA

PENALTY SHEET

**Defendant's Name:** WOLF OBIN

**Case No:** 15-cr-20885-GAYLES(s)

Count #: 1

Conspiracy to Defraud the Government with Respect to Claims

Title 18, United States Code, Section 286

**\*Max. Penalty:** 10 Years' Imprisonment

Count #: 2

Possession of 15 or More Unauthorized Access Devices

Title 18, United States Code, Section 1029(a)(3)

**\*Max. Penalty:** 10 Years' Imprisonment

Counts #: 3-5

Aggravated Identity Theft

Title 18, United States Code, Section 1028A(a)(1)

**\*Max. Penalty:** 2 Years' Imprisonment (consecutive to any other sentence)

**\*Refers only to possible term of incarceration, does not include possible fines, restitution, special assessments, parole terms, or forfeitures that may be applicable.**

# UNITED STATES DISTRICT COURT
# SOUTHERN DISTRICT OF FLORIDA

## PENALTY SHEET

**Defendant's Name:** STANLEY MOSCOVA

**Case No:** 15-cr-20885-GAYLES(s)

Count #: 1

Conspiracy to Defraud the Government with Respect to Claims

Title 18, United States Code, Section 286

**\*Max. Penalty:** 10 Years' Imprisonment


Count #: 2

Possession of 15 or More Unauthorized Access Devices

Title 18, United States Code, Section 1029(a)(3)

**\*Max. Penalty:** 10 Years' Imprisonment

Counts #: 6-8

Aggravated Identity Theft

Title 18, United States Code, Section 1028A(a)(1)

**\*Max. Penalty:** 2 Years' Imprisonment (consecutive to any other sentence)


**\*Refers only to possible term of incarceration, does not include possible fines, restitution, special assessments, parole terms, or forfeitures that may be applicable.**

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA

## PENALTY SHEET

**Defendant's Name:**  ROSNY MULLER

**Case No:**  15-cr-20885-GAYLES(s)

Count #: 1

Conspiracy to Defraud the Government with Respect to Claims

Title 18, United States Code, Section 286

**\*Max. Penalty:** 10 Years' Imprisonment

Count #: 2

Possession of 15 or More Unauthorized Access Devices

Title 18, United States Code, Section 1029(a)(3)

**\*Max. Penalty:** 10 Years' Imprisonment

Counts #: 6-8

Aggravated Identity Theft

Title 18, United States Code, Section 1028A(a)(1)

**\*Max. Penalty:** 2 Years' Imprisonment (consecutive to any other sentence)

**\*Refers only to possible term of incarceration, does not include possible fines, restitution, special assessments, parole terms, or forfeitures that may be applicable.**